BEFORE THE THIRD DIVISION, JUNE 19, 1961

**No. 65822.**—W. A. Taylor & Co. v. United States, protest 770267–G (Baltimore).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 22, 1961

**No. 65823.**—F. W. Woolworth Co. v. United States, protests 58/25230 and 59/30866 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.

**No. 65824.**—Ross Products, Inc. v. United States, protests 60/27661, 60/30117, and 60/27264 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.